2002v00036
EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at __ o'clock and __ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. CR 02-00271 DAE |
| Plaintiff, ) | **I N D I C T M E N T** |
| vs. ) | [H.R.S. 708-810 and 18 U.S.C. § 13;] |
| OWEN K. ABAD, ) | |
| Defendant. ) | |

<u>INDICTMENT</u>

The Grand Jury Charges that:

On or about June 4, 2002, in the District of Hawaii, defendant OWEN K. ABAD, at a place within the special maritime and territorial jurisdiction of the United States, namely Hickam Air Force Base, did intentionally enter and remain unlawfully in the dwelling of another, to wit: 7149 F Maleia Court, Hickam Air

Force Base, Honolulu, Hawaii, with intent to commit therein a crime against property rights.

All in violation of Hawaii Revised Statutes, Section 708-810, and Title 18, United States Code, Section 13.

DATED: June 20, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES R. PORTER
Sp. Assistant U.S. Attorney

United States v. OWEN K. ABAD
Cr. No.
"INDICTMENT"