# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00271DAE |
| CASE NAME: | USA v. Owen Abad |
| ATTYS FOR PLA: | Elizabeth Josephson |
| ATTYS FOR DEFT: | Donna Gray |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Ann Matsumoto |
| DATE: | 4/27/2007 | TIME: | 9:45am-10:30am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.  Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD IN ABEYANCE.

SUPERVISED CONDITIONS MODIFIED TO INCLUDE:

▸ That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

Defendant to notified the Probation Officer with the results of his State Court hearing.

Defendant to be released by the U.S. Marshals.

Order to be prepared by Ms. Gray.

Submitted by:  Theresa Lam, Courtroom Manager