PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
OWEN ABAD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00271 DAE |
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF SUPERVISED |
| vs. | ) | RELEASE |
| | ) | |
| OWEN ABAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE</u>**

On April 27, 2005, a Further Order to Show Cause Why Supervised Release Should Not Be Revoked was held.  Donna M. Gray appeared with and on behalf of Defendant OWEN ABAD, and Elizabeth Josephson, Special Assistant

United States Attorney, appeared on behalf of the government. Defendant admitted to violating the conditions of supervised release. After hearing arguments of counsel, the Court orders the conditions of Defendant's supervised release modified to reflect the following:

Special conditions:

      8.    That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office.

      9.    That the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office.

      10.    That the defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

//

//

//

   11. That the defendant notify the Probation Officer with the results of his State Court hearing.

   IT IS APPROVED AND SO ORDERED:

   DATED: Honolulu, Hawaii, May 4, 2007.



            _____
            David Alan Ezra
            United States District Judge

APPROVED AS TO FORM ONLY:

/s/Elizabeth Josephson
ELIZABETH JOSEPHSON
Special Assistant United States Attorney

UNITED STATES v. OWEN ABAD
Cr. No. 02-00271 DAE
ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE