# MINUTES

CASE NUMBER:         CR NO. 02-00271DAE

CASE NAME:           United States of America Vs. Owen K. Abad

ATTYS FOR PLA:       Kerry L. Abramson and Probation Officer Frank Condello

ATTYS FOR DEFT:      Donna Gray

INTERPRETER:

JUDGE:    David Alan Ezra              REPORTER:    Cynthia Fazio

DATE:     08/13/2007                   TIME:        10:42am-l0:55am

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present not in Custody.

Defendant on 4/27/2007 Order to Show Cause Hearing had admitted to all Alleged Violations of Supervised Release No.s' 1, 2, 3, 4 and 5 as stated in the Request for Course of Action filed on 4/20/2007.

Court hereby finds that the Defendant did violate Conditions of Supervised Release. Court hereby revokes Supervised Release.

Sentence-

No Imprisonment is imposed

Supervised Release-28 Months

Special Conditions of Supervised Release-

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition)

4.    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of

        supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That restitution of $11,491.77 is due immediately to Adam and Rita Cichon, and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

10. That the defendant is prohibited from the possession and use of alcohol.

11. That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.  Any additional electronic monitoring beyond the six months shall be at the discretion and direction of the Probation Office.

Defendant Advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager