# MINUTES

CASE NUMBER:      CR NO. 02-00271DAE

CASE NAME:        U.S.A. Vs. Owen K. Abad

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    David Alan Ezra           REPORTER:

DATE:     08/23/2007                TIME:

---

COURT ACTION: EO:   AMENDMENT TO COURT MINUTES FILED ON AUGUST 13, 2007-Court did order Imprisonment-Time Served.

Submitted by Leslie L. Sai, Courtroom Manager