ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 02-00271DAE |

OWEN K. ABAD

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| | Date and Time |
| Before: David Alan Ezra, United States District Judge | Monday, August 13, 2007 at 10:30 a.m. |

To Answer a Probation/Supervised Release Violation Petition; OSC why Supervision should not be Revoked.





FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2007

at ___ o'clock and ___ m. ___ M.
SUE BEITIA, CLERK

_____
July 26, 2007
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 02-00271DAE
USA vs. Owen K. Abad

## RETURN OF SERVICE

Service as made by me on:[1]                                    Date

### Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

_____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of
     suitable age and discretion then residing therein and mailed a copy of the summons to the
     defendant's last known address
     Name of person with whom the summons was left:_____

        I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on _____        _____Mark M. Hanohano_____
                    Date                        Name of United States Marshal

                                             _____
                                             (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

U.S. Department of Justice

*United States Marshals Service*
*District of Hawaii*
*300 Ala Moana Blvd., Room C-103*
*Honolulu, HI 96850*

Official Business
Penalty for Private Use $300

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7006 3450 0000 6139 9247

OWEN K. ABAD
94-1049 Oli Place, #G2
Waipahu, HI   96797

NIXIE    968   4E   1        30  09/27/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:  96850000199     *2172-07859-27-11

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Owen K. Abad
94-1049 Oli Place, #G2
Waipahu, HI   96797

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7006 3450 0000 6139 9247

PS Form 3811, February 2004      Domestic Return Receipt                    102595-02-M-1540